IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-cr-00051-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM CHRISTOPHER BUTLER ) | |

On May 1, 2018, William Christopher Butler ("Butler"), a federal inmate sentenced in this court, moves pro se for free copies of court documents [D.E. 52]. The Government filed a response in opposition [D.E. 57]. Butler confirms he seeks copies of "the entire case file." See [D.E. 60, 62].

Although Butler alleges indigence, he is not entitled to court documents at the government's expense "merely to comb the record in the hope of discovering some flaw." United States v. Gallo, 849 F.2d 607, 1988 WL 60934, at *1 (4th Cir. May 31, 1988) (per curiam table decision). Butler has not demonstrated a particularized need for such documents. Cf. Jones v. Superintendent, Virginia State Farm, 460 F.2d 150, 152 (4th Cir.), aff'd on reh'g, 465 F.2d 1091 (4th Cir. 1972), cert. denied, 410 U.S. 944 (1973). Butler may avail himself of the Public Access to Court Electronic Records (PACER) program (10 cents per page) or the record system request through the Clerk's Office (50 cents per page). See 28 U.S.C.A. § 1914, Judicial Conference Schedule of Fees, at ¶4; http://www.nced.uscourts.gov/pdfs/CopyRequestInstructions.pdf (last visited October 27, 2018).

For the reasons discussed above, the court DENIES the motion for copies [D.E. 52].

SO ORDERED. This _18_ day of October 2018.

Terrence Boyle
TERRENCE W. BOYLE
Chief United States District Judge